UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Mattress Firm, Inc

v.                                    Case Number: 4:17−cv−03107

Fosbrooke, Inc.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:** Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/26/2019

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   May 23, 2019

David J. Bradley, Clerk