United States District Court
Southern District of Texas
**ENTERED**
June 03, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MATTRESS FIRM, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-cv-03107 |
| § | |
| FOSBROOKE, INC., D/B/A TUFT & § | |
| NEEDLE, § | |
| § | |
| Defendant. § | |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

The parties in the above referenced action have advised the Court that they have settled their claims in this lawsuit and request that the Court enter this Agreed Order Dismissing Case With Prejudice.

The Court, after considering the Joint Motion For Entry of Agreed Order Dismissing Case With Prejudice, GRANTS the Joint Motion. It is, therefore,

ORDERED that all claims and causes of action in the above-referenced case are hereby DISMISSED WITH PREJUDICE to the refiling of same.

IT IS FURTHER ORDERED that each party shall bear its own costs and expenses, including any attorney's fees.

SIGNED this 3rd day of June, 2019



UNITED STATES
DISTRICT COURT JUDGE

22600818v.2